| | | | |
|---|---|---|---|
| Com. v. Hawkins ... | 03/23/2016482 WAL (2015) | Denied | Pa.Super., 135 A.3d 656 |
| Com. v. Hayes...... | 03/23/2016944 MAL (2015) | Denied | Pa.Super., 134 A.3d 486 |
| Com. v. Hemingway [11] ........... | 03/30/20164 MAL (2016) | Denied | Pa.Super., 134 A.3d 495 |
| Com. v. Henriques [12] | 03/23/2016887 MAL (2015) | Denied | Pa.Super., 134 A.3d 491 |
| Com. v. Hess [13] ..... | 03/23/2016418 WAL (2015) | Denied | Pa.Super., 133 A.3d 75 |
| Com. v. Hollinger .. | 03/23/2016943 MAL (2015) | Denied | Pa.Super., 134 A.3d 496 |
| Com. v. Hostetter... | 03/30/2016797 MAL (2015) | Denied | Pa.Super., 133 A.3d 79 |
| Com. v. Johns ...... | 03/30/2016385 WAL (2015) | Denied | Pa.Super., 131 A.3d 107 |
| Com. v. Johnson.... | 03/30/2016422 WAL (2015) | Denied | Pa.Super., 125 A.3d 452 |
| Com. v. Johnstone .. | 03/23/2016580 EAL (2015) | Denied | Pa.Super., 133 A.3d 79 |
| Com. v. Jones ...... | 03/23/2016428 WAL (2015) | Denied | Pa.Super., 121 A.3d 524 |
| Com. v. Kesselly.... | 03/23/2016893 MAL (2015) | Denied | Pa.Super., 134 A.3d 109 |
| Com. v. Kingwood [14] | 03/23/2016624 EAL (2015) | Denied | Pa.Super., 131 A.3d 83 |

**11.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**12.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**13.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**14.** Justice WECHT did not participate in the consideration or decision of this matter.